UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POINDEXTER EBALU,

               Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT,

               Defendant.

21-CV-6476 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

      Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)

SO ORDERED.

Dated:   September 8, 2021
           New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge