**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___  3/23/2022
```

**POINDEXTER O. EBALU,**

                                   **Plaintiff,**                    **21-CV-06476 (AJN)(SN)**

            -against-                                                 **ORDER**

**NEW YORK CITY POLICE DEPARTMENT,**

                                   **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of Plaintiff's filing a second amended complaint, ECF No. 22, no later than

March 29, 2022, Defendant shall file a letter informing the Court whether Defendant intends to

rely on its current motion to dismiss, ECF No. 18, file a new motion to dismiss, or file an answer.

If Defendant intends to file a new motion to dismiss, the letter should propose a briefing

schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:      March 23, 2022
            New York, New York