USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**POINDEXTER O. EBALU,**

**Plaintiff,**

**-against-**

**NEW YORK CITY POLICE DEPARTMENT,**

**Defendant.**

**---------------------------------------------------------------X**

**21-CV-06476 (AJN)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of Defendant's decision to stand by its motion to dismiss and apply it to the Second Amended Complaint (ECF No. 22), Plaintiff is directed to file his opposition to the motion by April 25, 2022. Any reply brief is due by May 9, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: March 28, 2022
New York, New York