# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

POINDEXTER O. EBALU,

                Plaintiff,

-against-                                21 **CIVIL** 6476 (LJL)

**JUDGMENT**

NEW YORK CITY POLICE DEPARTMENT,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2022, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none, the Report and Recommendation is ADOPTED in its entirety and has GRANTED Defendant's motion to dismiss without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

      September 28, 2022

                                                              **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                          **BY:**                  *K. Mango*

                                                              **Deputy Clerk**